# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ANTONIO ELISARRAVAZ, | Case No.: 1:25-cv-00930-BAM |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS** |
| v. | |
| CAREY HAYDON, et al., | (Doc. 2) |
| Defendants. | |

Plaintiff Abel Antonio Elisarravaz, proceeding *pro se*, filed this civil action on July 29, 2025, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* does not provide sufficient information for the Court to determine if he is entitled to proceed without prepayment of fees or costs. Although Plaintiff's application indicates that he is "receiving only state disability at this time," Plaintiff does not state the amount of income that he receives and what he expects he will continue to receive. (Doc. 2 at 1.) Plaintiff's application also indicates that in the past twelve (12) months he has received money from (a) business, profession or other self-employment, and (b) disability or workers compensation payments. (*Id.*) Plaintiff does not state the amount of income that he receives and what he expects he will continue to receive from these sources. (*Id.*)

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Within thirty (30) days from the date of service of this order, Plaintiff shall file

3    the attached application to proceed *in forma pauperis*, completed and signed, or in the

4    alternative, pay the $405.00 filing fee for this action;

5    2.    No extension of time will be granted without a showing of good cause; and

6    3.    The failure to comply with this order will result in dismissal of this action,

7    without prejudice.

8

9    IT IS SO ORDERED.

10    Dated:    **August 1, 2025**    /s/ *Barbara A. McAuliffe*

11    UNITED STATES MAGISTRATE JUDGE