# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ANTONIO ELISARRAVAZ,<br><br>Plaintiff,<br><br>v.<br><br>CAREY HAYDON et al.,<br><br>Defendants. | Case No. 1:25-cv-00930-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(Doc. 2)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Abel Antonio Elisarravaz ("Plaintiff"), proceeding *pro se*, removed this case from Madera County Superior Court, Case No. MFL018582, on July 29, 2025. (Doc. 1.) On the same day, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2.)

According to Plaintiff's application, he receives monthly income from state disability in the amount of $4,324.00 per month. (*Id.* at 1.) This amounts to an annual income of $51,888 ($4,324 x 12 months = $51,888). Plaintiff lists only his daughter as a dependent, to whom he contributes $578.00 a month for support. (*Id*. at 2.)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that

1

because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019). Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services ("HHS") as a guidepost in evaluating in forma pauperis applications. *See Martinez v. Kristi Kleaners, Inc*., 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv*., No. 1:18-cv-01163-LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty guidelines to in forma pauperis application). For a family or household of two, the 2025 poverty guideline is $21,150. *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last visited August 8, 2025).

Having considered Plaintiff's application, the Court finds that Plaintiff has not made the showing required by section 1915 that he is unable to pay the required fees for this action. Plaintiff's household estimated annual income is nearly two and a half times that of the federal poverty guidelines. In light of this, there is no indication that Plaintiff is unable to pay the filing fee while also providing for the necessities of life. Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a District Judge to this action.

Furthermore, it is HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be DENIED; and

2. Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within **fourteen (14) days** after being served with these Findings and Recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page**

**number if already in the record before the Court. Any pages filed in excess of the 15-page limit may not be considered.** The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 8, 2025**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE