UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ANTONIO ELISARRAVAZ, | Case No. 1:25-cv-00930-JLT-BAM |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO EXPEDITE** |
| v. | |
| CAREY HAYDON et al., | (Doc. 5) |
| Defendants. | |

On July 29, 2025, Plaintiff Abel Antonio Elisarravaz ("Plaintiff") removed this action from Madera County Superior Court.  (Doc. 1.)  Plaintiff brings claims against Carey Haydon, Gloria Elisarravaz, Judge Valdovinos, and Madera County Child Support.  (*Id.*)  On the same day, Plaintiff filed a motion to proceed *in forma pauperis*.  (Docs. 2, 4.)  On August 11, 2025, the Court issued Findings and Recommendations denying Plaintiff's application to proceed without prepayment of fees and costs and recommended Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.  (Doc. 7.)

On August 8, 2025, Plaintiff filed a motion requesting that the Court expedite this action. (Doc. 5.)  Plaintiff states that: "the reason is severe lost [sic] of home permanent harm. I am sole proprietor of the property. They want to sell my property immediately. By the time I appeal my house will be sold. Causing me permanent harm. Violating my Rights and loss of home."  (Doc. 5 at 2.)

1

The Court has issued Findings and Recommendations recommending that Plaintiff's request to proceed *in forma pauperis* be denied, and those Findings and Recommendations currently remain pending. (Doc. 7.) Until the Court's Findings and Recommendations are ruled upon, or Plaintiff pays the filing fee, the case cannot proceed. Accordingly, Plaintiff's motion to expedite is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **August 11, 2025**            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE