# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ANTONIO ELISARRAVAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAREY HAYDON et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00930-JLT-BAM<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Docs. 2, 4, 7) |

　　　　On July 29, 2025, Plaintiff Abel Antonio Elisarravaz ("Plaintiff") removed this action from Madera County Superior Court, bringing claims against Carey Haydon, Gloria Elisarravaz, Judge Valdovinos, and Madera County Child Support. (Doc. 1.) On the same day, Plaintiff filed a short form application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2.) At the Court's request, Plaintiff filed a long form application to proceed *in forma pauperis* on August 7, 2025. (Doc. 4.)

　　　　On August 11, 2025, the Court issued findings and recommendations that Plaintiff's applications for leave to proceed *in forma pauperis* be denied, and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. (Doc. 7.) Plaintiff paid the $405.00 filing fee in full on August 11, 2025.

　　　　Accordingly, the pending findings and recommendations issued on August 11, 2025 (Doc.

1

7), are HEREBY VACATED, and Plaintiff's applications to proceed *in forma pauperis* (Docs. 2, 4) are DENIED as moot.

    The Court is required to screen pro se complaints, and Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **August 12, 2025**           /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE