UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ANTONIO ELISARRAVAZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAREY HAYDON et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00930-JLT-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO REMAND THIS ACTION BACK TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>(Docs. 10, 15) |

　　　Abel Antonio Elisarravaz ("Plaintiff") removed this action from Madera County Superior Court.[1] (Doc. 1.) Plaintiff brings claims against Carey Haydon, Gloria Elisarravaz, Judge Valdovinos, and Madera County Child Support, alleging that "[a]ll defendant stole and miss juice [sic] my social security number and violated my right of a father to see his daughter, [a]lso violation of civil rights, [f]alse criminal charges of child support, [i]dentity theft. trying [sic] to sell my house without due process." (Doc. 1 at 8.) Plaintiff requests the following relief: "Award the plaintiff the divorse, [sic] Dismiss False Charges, Award plaintiff $500,000 for each civil right violation, Restore Father's right to see his daughter visitations 50/50 custody and file criminal charges for identity theft of my Social Security Number stop the sale of my house by the Court." (*Id*. at 9.)

---

[1] *Elisarraraz v. Elisarraraz*, Case No. MFL018582, filed in the Superior Court of California, County of Madera (the "State Court Action").

1

The assigned magistrate judge ordered Plaintiff to show cause why this action should not be remanded back to state court for lack of subject matter jurisdiction. (Doc. 11.) Plaintiff timely filed his Response to the Court's Order to Show Cause. (Doc. 14.) On October 23, 2025, the assigned magistrate judge issued findings and recommendations recommending as follows: (1) this action be remanded to the Madera County Superior Court, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction; (2) Plaintiff's request to expedite the action (Doc. 10) be denied as moot by remand of the action to state court; and (3) the Clerk of Court be directed to close this file. (Doc. 15 at 6.) The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 6-7.) Plaintiff has not filed any objections, and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on October 23, 2025 (Doc. 15) are ADOPTED;
2. This action is remanded to the Madera County Superior Court, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction;
3. Plaintiff's request to expedite the action (Doc. 10) is denied as moot by remand of the action to state court; and
4. The Clerk of Court is directed to close this file.

IT IS SO ORDERED.

Dated:  **November 19, 2025**

UNITED STATES DISTRICT JUDGE

2